# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID L. ROBINSON, JR., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | 2:14-cv-01912-JCM-VCF <br><br> **ORDER** |

   Before the court is David L. Robinson, Jr., *et al.*, vs. North Las Vegas Police Department, *et al.*, case no. 2:14-cv-01912-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

   IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., January 26, 2015. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

   Dated this 6th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE