ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants
    North Las Vegas Police Department,
    Chief Joseph Chronister and
    Officer Raymond Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| DAVID L. ROBINSON, JR, an individual; DENNIA ROBINSON, individually and as executor/administrator of THE ESTATE OF DAVID L. ROBINSON<br><br>    Plaintiffs,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CHIEF CHRONISTER, individually and as policy maker of the North Las Vegas Police Department; OFFICER RAYMOND LOPEZ, individually; and DOE OFFICERS 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:14-CV-1912-JCM-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF MEDIATION** |

Plaintiffs DAVID L. ROBINSON, individually, and DENNIA ROBINSON, individually and as executor/administrator of THE ESTATE OF DAVID L. ROBINSON ("Plaintiffs") and Defendants NORTH LAS VEGAS POLICE DEPARTMENT, CHIEF CHRONISTER, and OFFICER RAYMOND LOPEZ ("Defendants"), by and through their respective attorneys of record, hereby agree as follows:

On October 24, 2014, Plaintiffs brought suit against Defendants in the Nevada District Court for Clark County Nevada for alleged violations of 42 U.S.C. § 1983, Case No. A-14-

4814-8543-6209.1

708972-C. In the Complaint, Plaintiffs allege that the decedent, David L. Robinson, was killed by Defendant Officer Raymond Lopez on March 10, 2014, in Clark County, Nevada. Defendants thereafter removed the matter to Federal Court. The parties have conducted preliminary discovery, including the exchange of documents pursuant to FRCP 26 and the issuance of and response to written discovery. Prior to expending potentially unnecessary resources in continued discovery, the parties wish to bring the matter before a mediator to see if the parties can come to a mutually agreeable settlement.

A district court has "wide discretion in controlling discovery," and its decision will not be overturned absent a clear abuse of discretion. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). A stay of discovery "furthers the goal of efficiency for the court and litigants." *Id*, at 685. A brief stay to allow the parties to privately mediate the matter will preserve the status quo and minimize the expense of the parties' resources and those of the Court until such mediation can be concluded. *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983). Additionally, it will prevent the risk of the court needlessly expending its energies to further manage the case when the case may well settle as a result of the parties' own accord at the upcoming mediation. *Sommers v. Cuddy*, 2013 U.S. Dist. LEXIS 12430 (D.Nev. 2013).

As such, the parties stipulate as follows:

1. That the Federal Court action be stayed for ninety (90) days or until the parties have completed private mediation.

2. The stay shall include all current deadlines, including discovery deadlines. Any outstanding discovery deadlines shall be stayed as indicated above.

3. Within 30 days after completion of mediation or the expiration of the 90 day stay, the parties will (1) submit a Stipulation and Order reflecting resolution of some or all of the claims and/or (2) reconvene pursuant to LR 26-1 to prepare and submit an updated Discovery Plan and Scheduling Order.

4. If the parties have not completed mediation prior to the expiration of the ninety day stay but still wish to complete mediation under a stay of discovery, the parties shall submit a Joint Status Report and/or Stipulation to the Court, advising the Court why mediation was not

completed and seeking approval of an appropriate extension of the stay.  It will be within the Court's sole discretion to rule on any Stipulation for continued stay.

DATED this 13th day of May, 2016.                         DATED this 13th day of May, 2016.

LEWIS BRISBOIS BISGAARD & SMITH                 LADAH LAW FIRM

*/s/ Gregory S. Bean*                                                       */s/ Anthony L. Ashby*

_____            _____
ROBERT W. FREEMAN, ESQ.                                 RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 3062                                                 Nevada Bar No. 11405
GREGORY S. BEAN, ESQ.                                     ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 12694                                               Nevada Bar No. 04911
6385 S. Rainbow Blvd, Suite 600                              517 S. Third Street
Las Vegas, Nevada 89118                                         Las Vegas, Nevada 89101
*Attorney for Defendants North Las Vegas Police Department, Chief Joseph Chronister, and Officer Raymond Lopez*                 *Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED.

Dated this 16th day of May, 2016.

_____
U.S. MAGISTRATE JUDGE

4814-8543-6209.1                                                       3